No. 00–5707.  FISHER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–5711.  SAYERS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–5715.  GREEN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–5720.  DOMINGUEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–5723.  CASTANO ET AL. v. NEBRASKA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–5725.  CORNIEL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–5729.  KAHL v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 00–5730.  BAKER v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 00–5737.  MAKIA, AKA BROWN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–5741.  MITCHELL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5744.  CARMONA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–5746.  CANNON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–5747.  RODRIGUEZ-CERDA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–5748.  YOUNG v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–5755.  DAVIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.